HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC KERSTEN, Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NOU CHUNG HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOU CHUNG HER,<br><br>Defendant | Case No. 1:24-cr-00107-KES<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

On May 29, 2024, this matter came before the Honorable Erica P. Grosjean and defendant Her was ordered released to the Salvation Army In-patient Treatment program once bedspace became available, with all other previously imposed conditions of supervised release, not in conflict therewith, remaining in full force and effect. (Dkt. 10). Salvation Army has now advised that bedspace will become available on Tuesday, June 11, 2024. Therefore:

**IT IS HEREBY ORDERED** that Nou Chung Her (Fresno County Sheriff's Office JID 7122767) shall be released from the Fresno County Jail on Tuesday, June 11, 2024, at 7:00 a.m. and transported to the Salvation Army Adult Rehabilitation Center, located at 804 S. Parallel Ave, Fresno, CA, for admission into the program. The Jail shall release Mr. Her to the custody of Lucky Quijano, Salvation Army Intake Coordinator, for transportation to the program.

IT IS SO ORDERED.

Dated: 6/10/24

Hon. ERICA P. GROSJEAN
United States Magistrate Judge