UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NOU CHUNG HER,<br><br>    Defendant. | Case No. 1:24-CR-0107 KES BAM<br><br>ORDER EXTENDING TIME TO COMPLETE EXAMINATION AND SERVICE OF ORDER |

On March 13, 2025, this Court ordered defendant to be committed for psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b). Defendant arrived at the Metropolitan Detention Center in Los Angeles on March 18, 2025.

The Court has received a request from the Metropolitan Detention Center for an extension of time to complete the testing and examination. For good cause shown, the Court GRANTS the extension of time. The Court GRANTS the requested extension to April 16, 2025 to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The Court finds that commitment for the evaluation commenced upon defendant's arrival at the Metropolitan Detention Center.

The Clerk is directed to serve a copy of this order on Dr. Emily Morse at emorse@bop.gov and on Dr. Samantha Shelton, Chief Psychologist at sshelton@bop.gov and serve both individuals at the

mailing address of Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

Dated: **March 20, 2025**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE