ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258

Attorney for Defendant
NOU CHUNG HER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOU CHUNG HER,<br><br>　　　　　　　　Defendant. | Case No. 1:24-cr-00107-KES-BAM<br><br>STIPULATION TO CONTINUE HEARING; AND ORDER<br><br>Date:  May 12, 2025<br>Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Calvin Lee, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Nou Chung Her, that the status conference set for May 9, 2025, before the Honorable Barbara A. McAuliffe may be vacated, and the matter reset for May 12, 2025, before the Honorable Kirk E. Sherriff.

On March 12, 2025 Mr. Her was referred for a psychological evaluation pursuant to 18 USC 4241. A status conference regarding the examination was set for May 9, 2025, in magistrate court. [Doc. 35-36.] The examination has been completed and the evaluation concluded Mr. Her is competent. [Doc. 39.] The defense does not intend to contest that conclusion and it is anticipated Mr. Her will admit supervised release violations at the upcoming hearing. Due to lingering concerns regarding Mr. Her's competency the defense requests that the admission occur in district court. The government does not object to this request.

1    Because this matter is a supervised release violation the Speedy Trial Act does not apply
2    and there is no need to exclude time.

                                            Respectfully submitted,

                                            MICHELE BECKWITH
                                            Acting United States Attorney

DATED: May 6, 2025                          /s/ *Calvin Lee*
                                            CALVIN LEE
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender


DATED: May 6, 2025                          /s/ *Eric V. Kersten*
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            NOU CHUNG HER


## ORDER

IT IS SO ORDERED. The status conference set for May 9, 2025, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe is vacated. An admission hearing is set for **May 12, 2025, at 9:30 a.m. before the District Judge Kirk E. Sherriff**.

IT IS SO ORDERED.

Dated:   **May 6, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE