IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00107-KES |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| NOU CHUNG HER, | |
| Defendant. | |

The above-named defendant having been sentenced on June 13, 2025, to

Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: June 13, 2025

Honorable Kirk E. Sherriff
District Court Judge