ERIC V. KERESTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant Nou Chung Her.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOU CHUNG HER,<br><br>Defendant. | No. 1:24-CR-00107-KES<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND ORDER** |

On May 7, 2024, an out of district Probation Form 12C petition and order charging Defendant Nou Chung Her with violating his conditions of supervised release in the Western District of Oklahoma was received. On May 28, 2024, transfer documents from the Western District of Oklahoma were received and the Office of the Federal Defender was appointed to represent Mr. Her. On January 28, 2025, the Office of the Federal Defender was relieved from further representation of Mr. Her and CJA panel counsel Eric V. Kersten was appointed to represent Mr. Her.

Mr. Her admitted violating his conditions of supervised release on May 12, 2025. He was sentenced on June 13, 2025. The time for filing a direct appeal was July 1, 2025. No direct appeal was filed. Mr. Her was sentenced to time served. The trial phase of Mr. Her's criminal case has, therefore, come to an end. Having completed his representation of Mr. Her, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Her require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: July 28, 2025

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
Nou Chung Her

**ORDER**

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Nou Chung Her at the following address and to update the docket to reflect Defendant's pro se status and contact information.

NOU CHUNG HER
4225 Curry Avenue
Sacramento, CA 95823

IT IS SO ORDERED.

Dated: July 28, 2025

UNITED STATES DISTRICT JUDGE